# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ALLEN MANNING,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79564

FILED

SEP 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion for credit against sentence and judgment of conviction." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from an order denying a "motion for credit against sentence and judgment of conviction," this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that the right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-40600

cc: Hon. William D. Kephart, District Judge
Michael Allen Manning
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2